UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAL KAZIMI,<br><br>　　　　　Defendant. | CASE NO. CR24-127-JLR<br><br>**ORDER REVOKING PRETRIAL RELEASE AND DETAINING DEFENDANT** |

The Court has conducted a bond revocation hearing and a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with mail theft. He made an appearance October 15, 2024 on conditions. In November 2024, the Court issued a warrant for Defendant's arrest based upon the pretrial petition that Defendant was using controlled substances, failed to report for drug testing and essentially absconded from supervision. The assigned district judge set a pretrial conference for December 9, 2024. Defendant failed to appear. Defendant has shown by his actions that he cannot be supervised. He has a substantial criminal history and was at large for several months until his arrest. He has a significant substance abuse problem that is greater than previously

known. While he has supportive family, his initial release to reside with family did not result in compliance with his conditions of release. Defendant has admitted he violated the conditions of his pretrial release and the Court revokes his appearance bond and order of release and orders him detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 24th day of March, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVOKING PRETRIAL RELEASE
AND DETAINING DEFENDANT - 2