The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMAL KAZIMI,<br><br>Defendant. | NO. CR-24-127 JLR<br><br>ORDER TO RESET TRIAL DATE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

THE COURT, having considered the Government's motion to reset the trial date and exclude time under the Speedy Trial Act, including the factual recitations therein, which are hereby adopted as findings of fact, hereby FINDS:

(a) the time between December 9, 2024 until March 17, 2025 is excludable time because it is a "period of delay resulting from the absence or unavailability of the defendant," as set forth in 18 U.S.C. § 3161(h)(3)(A);

(b) a failure to grant the requested continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) taking into account the exercise of due diligence, a failure to grant the requested continuance would deny Government counsel the reasonable time necessary for

Order - 1
United States v. Kazimi / CR 24-127-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

effective preparation due to counsel's upcoming trial in a separate case, as well as counsel's need to meet with and prepare witnesses; draft motions and stipulations; and prepare exhibits, among other essential trial-related tasks, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(d) the ends of justice are best served by the requested continuance, and the ends of justice outweigh the interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the time period requested is reasonable and necessary to provide counsel sufficient time to prepare for trial considering all of the facts and factors detailed in the Government's motion; and

(f) the period of delay from the date of this Order to the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

IT IS ORDERED that the trial date shall be reset to October 6, 2025, and that pretrial motions shall be filed no later than August 25, 2025.

DONE this 25th day of March, 2025.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Order - 2
*United States v. Kazimi* / CR 24-127-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970